IN RE POTTS

No. 126 PC.

Case below: 14 N.C. App. 387.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 August 1972.

INSURANCE CO. v. POULTRY CO.

No. 105 PC.

Case below: 14 N.C. App. 242.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 August 1972.

JARMAN v. JARMAN

No. 128 PC.

Case below: 14 N.C. App. 531.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 July 1972.

LANE v. HONEYCUTT

No. 123 PC.

Case below: 14 N.C. App. 436.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 July 1972.

LEWIS v. GOODMAN

No. 134 PC.

Case below: 14 N.C. App. 582.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 July 1972.